| | |
|---|---|
| 1 | SHAW VALENZA LLP |
| 2 | D. Gregory Valenza, Bar No. 161250<br>gvalenza@shawvalenza.com |
| 3 | 300 Montgomery Street, Suite 788<br>San Francisco, California 94104 |
| 4 | Telephone: (415) 983-5960<br>Facsimile: (415) 983-5963 |

Attorneys for Defendant
KND Development 54, LLC (erroneously sued as
KND 54 LLC)

LAW OFFICES OF BRIAN S. KLEIN
Brian Scott Klein, Bar No. 278910
Brian.klein3@gmail.com
1520 Sixth Avenue
San Diego, CA 92101
Telephone: (858) 243-4429
Facsimile: (619) 235-4456

Attorneys for Plaintiff
JAMES WINKLER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WINKLER,<br><br>  Plaintiff,<br><br>v.<br><br>KND DEVELOPMENT 54, LLC, a limited liability company; KND 54, LLC; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. EDCV12-2137 JCG<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE [FED R. CIV. P. 41(a)] |

IT IS HEREBY ORDERED THAT pursuant to stipulation, by and between the parties to this action through their designated counsel, the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a). Each party will bear her or its own costs and attorneys' fees.

1
2
3   DATED:  December 18, 2013                    _____
4                                                United States Magistrate Judge
5   316937.1.00133.082
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28